For the errors mentioned, the judgment is reversed and the cause is remanded.

### DORSETT v. STATE.
No. 18493.

Court of Criminal Appeals of Texas.

Oct. 28, 1936.

Galbraith & Goodrich, of Brownsville for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of a mule, punishment assessed being two years' confinement in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

### HIGGINS v. STATE.
No. 18492.

Court of Criminal Appeals of Texas.

Oct. 28, 1936.

A. C. Chaney, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception. Appellant entered a plea of guil-

ty to the offense charged and waived a jury upon the trial of the case.

No fundamental error having been perceived or pointed out, the judgment is affirmed.